THE PEOPLE OF THE STATE OF NEW YORK ex rel. MID-CROSSTOWN RAILWAY COMPANY, Appellant, v. THE STATE TAX COMMISSION and Another, Respondents. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HARRY OPPENHEIM v. MAX STRAUS and Others.— Motion for reargument granted, and on reargument order appealed from affirmed, under *New York City Car Adv. Co.* v. *Regensburg & Sons, Inc.* (205 App. Div. 705). The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HARRY OPPENHEIM v. MAX STRAUS and Others.— Motion for reargument denied, with ten dollars costs. (See *Zecchini* v. *Mayer*, 195 App. Div. 423.) Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

GEORGE J. GOULD and Others, as Executors, etc., v. GEORGE J. GOULD and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

GEORGE J. GOULD and Others, as Executors, etc., v. GEORGE J. GOULD and Others.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

ARNOLD A. KLINE and Another, Appellants, v. THE MYRIAD PICTURES CORPORATION and Others, Respondents.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HERMAN BALZER, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

LEOPOLD ZIMMERMAN and Others, Appellants, v. THE ROESSLER & HASSLACHER CHEMICAL COMPANY, Respondent.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

JAMES M. CARPLES, Respondent, v. CUMBERLAND COAL AND IRON COMPANY, Appellant.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

WALTER BINNER, Respondent, v. THE GEORGE ETHRIDGE COMPANY, Appellant. WALTER BINNER, Respondent, v. GEORGE ETHRIDGE, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

133 WEST 138TH STREET CO-OPERATIVE REALTY CO., INC., Appellant, v. " JOHN " BOLIN, etc., Respondent.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

STRELITZ & SOLDIN, G. m. b. H., Appellant, v. WALTER C. B. SCHLESINGER and Another, Respondents.— Motion granted, action stayed until ten days after completion of examination of defendant Lauer. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

BEATRICE FEIGENBAUM, an Infant, etc., Respondent, v. NARRAGANSETT STABLES CO., INC., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

HERMAN SCHOPFLOCHER, Appellant, v. HARRIS ZIMMERMAN, Respondent.— Motion to vacate order granted. Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, Finch and Burr, JJ.

CHARLES M. GRAY MARBLE AND SLATE COMPANY, Plaintiff, v EARLINGTON